# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT FADEM, | |
| Plaintiff, | Case No. 2:13-cv-1213-RCJ-NJK |
| vs. | ORDER DENYING DISCOVERY PLAN (Docket No. 12) |
| AMERICAN STATES PREFERRED INSURANCE COMPANY, et al., | |
| Defendants. | |

Pending before the Court is the parties' proposed discovery plan and scheduling order (Docket No. 12), which is hereby DENIED without prejudice. The parties shall submit a revised discovery plan, no later than September 16, 2013, that complies with the Local Rules. Specifically, the parties are requesting a discovery period approximately 90 days longer than the typical 180 days from when the first defendant answered. Therefore, the parties must provide "a statement of the reasons why longer or different time periods should apply to the case . . ." *See* LR 26-1(d).

Additionally, it is the Court's preference that the parties specify that all requests to extend discovery deadlines must comply with LR 26-4. Under LR 26-4, requests to extend discovery deadlines must be filed at least 21 days before the expiration of the subject deadline sought to be extended. LR 26-4. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect.

. . .

The parties must comply with the Local Rules and must provide sufficient reasons for extended deadlines.

IT IS SO ORDERED.

DATED: September 11, 2013

NANCY J. KOPPE
United States Magistrate Judge

2